B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Eastern District of New York

In re Mountain Road Donuts, LLC , Case No. _____
            Debtor                Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Dunkin Brands - Royalties<br>130 Royall Street<br>Canton, MA 02021 | | | | $52,249.47 |
| R.M. Schmidt, Inc<br>525 Old Westminster Pike Suite B2<br>Westminster, MD 21157 | | | | $1,556.00 |
| Solutions Window Cleaning<br>P.O. Box 86<br>Queenstown, MD 21658 | | | | $132.50 |
| Alert Fire Protection Co<br>3912 Jefferson Street<br>Hyattsville, MD 20781 | | | | $75.00 |
| BGE<br>P.O. Box 13070<br>Philadelphia, PA 19101 | | | | $1,000.52 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Mountain Road Donuts, LLC**, Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| C&M Exterminators, Inc<br>5507 Landover Road<br>Hyattsville, MD 20784 | | | | $48.00 |
| Muzak OA<br>PO Box 71070<br>Charlotte, NC 28272-1070 | | | | $225.00 |
| Farley & Associates<br>800 Bartlett Ct<br>Joppa, MD 21085 | | | | $127.20 |
| Collins Mechanical Sevices<br>9290 Bay View Place<br>Nanjemony, MD 20662 | | | | $1,815.61 |
| Pepsi Cola<br>PO Box 75948<br>Chicago, IL 75948 | | | | $1,032.38 |
| Taylor AFS<br>1595 Cabin Branch Drive<br>Landover, MD 20785 | | | | $643.12 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Mountain Road Donuts, LLC**  , Case No. _____
                Debtor                     Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Universal Atlantic Systems<br>700 Abbott Drive<br>Broomall, PA 19008 | | | | $243.80 |
| Verizon<br>P.O. Box 660720<br>Dallas, TX 75266-0720 | | | | $126.69 |
| Atlantic Expresso Co<br>PO Box 267<br>Gambrills, MD 21054 | | | | $200.85 |
| Dunkin Brands<br>130 Royall Street<br>Canton, MA 02021 | | | | $51,849.53 |
| Arundel Signs Inc<br>PO Box 6597<br>529 Defense Highway<br>Annapolis, MD 21401 | | | | $1,147.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Mountain Road Donuts, LLC**  , Case No. _____
                    Debtor                Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Allen Bj Paik, Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 7/14/10              Signature: _____

**Allen Bj Paik , Manager**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.